UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY LANGLOIS,<br><br>                    Plaintiff,<br><br>-against-<br><br>GRUBHUB INC., MATTHEW MALONEY, BRIAN MCANDREWS, DAVID FISHER, LLOYD FRINK, DAVID HABIGER, LINDA JOHNSON RICE, KATRINA LAKE, GIRISH LAKSHMAN, and KEITH RICHMAN,<br><br>                    Defendants. | Case No.: 1:21-cv-04369-AJN |

**MONTEVERDE & ASSOCIATES PC'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

       Monteverde & Associates PC hereby withdraws its pending Motion for an Award of Attorneys' Fees and Expenses (ECF 17) as moot.

Dated: September 15, 2021

> Plaintiff's withdrawal is GRANTED. This resolves docket number 17.
>
> SO ORDERED.
>
> *[signature]*
> SO ORDERED.
> ALISON J. NATHAN, U.S.D.J.    9/20/21

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*